IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CBT FLINT PARTNERS, LLC, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE |
| ) | |
| v. ) | NO. 1:07-cv-1822-TWT |
| ) | |
| RETURN PATH, INC. and ) | |
| CISCO IRONPORT SYSTEMS LLC, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given that CBT Flint Partners, LLC ("CBT"), plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the October 8, 2008 Final Judgment Of Invalidity And Stipulated Final Judgment Of Non-Infringement [Docket No. 219], by its terms made effective "after the Court enters an order on IronPort's and Return Path's respective motions for exceptional case pursuant to 35 U.S.C. § 285 and other bases for the award of attorneys' fees as governed by Fed. R. Civ. P. 54(d)(2)," which order was entered on December 30, 2009 [Docket No. 258], and from all interlocutory orders and rulings merged therein or relating thereto that are adverse to CBT, including but not limited to the following:

- the July 10, 2008 Order [Docket No. 202] construing the disputed claims in U.S. Patent Nos. 6,192,114 and 6,587,550, and all decisions, orders, and rulings related thereto;

- the July 11, 2008 Order [Docket No. 203] granting Defendants' Motion For Summary Judgment, and all decisions, orders, and rulings related thereto; and

- that portion of the December 30, 2009 Order [Docket No. 258] denying in part CBT's Motion To Review Taxation Of Costs, and all decisions, orders, and rulings related thereto.

Respectfully submitted, this 29th day of January, 2010.

KING & SPALDING LLP

s/ Natasha H. Moffitt
Anthony B. Askew
  (Ga. Bar No. 025300)
Bruce W. Baber
  (Ga. Bar No. 030050)
A. Shane Nichols
  (Ga. Bar No. 542654)
Natasha H. Moffitt
  (Ga. Bar No. 367468)
Shaun B. Sethna
  (Ga. Bar No. 636116)
C. Suzanne Johnson
  (Ga. Bar No. 321398)

- 3 -

                1180 Peachtree Street, N.E.
                Atlanta, Georgia 30309-3521
                Tel:  (404) 572-4600
                Fax: (404) 572-5100
                Email: taskew@kslaw.com
                Email: bbaber@kslaw.com
                Email: snichols@kslaw.com
                Email: nmoffitt@kslaw.com
                Email: ssethna@kslaw.com
                Email: suzanne_johnson@kslaw.com

                Attorneys for Plaintiff,
                CBT FLINT PARTNERS, LLC

CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing NOTICE OF APPEAL with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Counsel For Return Path, Inc.:　　　Gail Podolsky
　　　　　　　　　　　　　　　　　CARLTON FIELDS, PA
　　　　　　　　　　　　　　　　　One Atlantic Center, Suite 3000
　　　　　　　　　　　　　　　　　1201 W. Peachtree St.
　　　　　　　　　　　　　　　　　Atlanta, Georgia 30309

　　　　　　　　　　　　　　　　　Kenneth L. Bressler
　　　　　　　　　　　　　　　　　BLANK ROME LLP
　　　　　　　　　　　　　　　　　The Chrysler Building
　　　　　　　　　　　　　　　　　405 Lexington Avenue
　　　　　　　　　　　　　　　　　New York, New York 10174

Counsel For Cisco　　　　　　　　　L. Norwood Jameson
IronPort Systems LLC:　　　　　　　Matthew C. Gaudet
　　　　　　　　　　　　　　　　　Leah J. Poynter
　　　　　　　　　　　　　　　　　DUANE MORRIS LLP
　　　　　　　　　　　　　　　　　1180 West Peachtree Street, NW
　　　　　　　　　　　　　　　　　Suite 700
　　　　　　　　　　　　　　　　　Atlanta, Georgia 30309-3448

This 29th day of January, 2010.

　　　　　　　　　　　　　　　　　s/ Natasha H. Moffitt
　　　　　　　　　　　　　　　　　Natasha H. Moffitt